The People of the State of New York, Respondent,
against
Pablo Leonardo, Defendant-Appellant.



In consolidated criminal appeals, defendant, as limited by his brief, appeals from a judgment of the Criminal Court of the City of New York, New York County (Alexander M. Tisch, J.), rendered November 21, 2013, convicting him, upon his plea of guilty, of petit larceny, and imposing sentence.




Per Curiam.
Judgment of conviction (Alexander M. Tisch, J.), rendered November 21, 2013, affirmed. The accusatory instrument charging petit larceny (see Penal Law § 155.25) was not jurisdictionally defective. Defendant's larcenous intent is reasonably inferred from allegations that he placed items of merchandise "in his backpack," and "walk[ed] past the registers without paying for the items" (see People v Olivo, 52 NY2d 309, 318—319 [1981]; People v Brunson, 294 AD2d 104 [2002], lv denied 98 NY2d 695 [2002]). Contrary to defendant's contention, a shoplifter need not leave the store to be guilty of larceny (see People v Olivo, 52 NY2d at 317-319).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 17, 2018